

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY T. YOUNG, | Case No. CV 08-3479-AHM(RC) |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| ROBERT A. HOREL, | |
| Respondent. | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; (3) the Court finds the pending petition does not comply with Rule 2(c) and (d) of the Rules Governing Section 2254 Cases, and should be dismissed under Rule 12(e), and Judgment shall be entered dismissing the petition and action without prejudice; and (4) the Court finds petitioner has

failed to diligently prosecute this action, and Judgment shall be entered dismissing the action without prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

DATED: August 8, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

R&Rs\08-3479.ado
7/9/08