[LODGED CLERK, U.S. DISTRICT COURT — JUL - 9 2008 — CENTRAL DISTRICT OF CALIFORNIA]

[FILED CLERK, U.S. DISTRICT COURT — AUG - 8 2008 — CENTRAL DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY T. YOUNG,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT A. HOREL,<br><br>    Respondent. | Case No. CV 08-3479-AHM(RC)<br><br>JUDGMENT |

IT IS ADJUDGED that Judgment be entered dismissing the petition and action without prejudice.

DATE: August 8, 2008

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

R&Rs\08-3479.jud
7/9/08